# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Woodcock , John A. | Maine | 05/13/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge (Senior Status) | ☐ Nomination    Date<br>☐ Initial   ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

156 Federal Street
Portland, ME 04101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Emeritus Member of Board of Trustees | Bowdoin College |
| 2. | Member Board of Visitors | University of Maine School of Law |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Woodcock , John A. | 05/13/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Woodcock , John A. | 05/13/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Woodcock , John A. | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Merck Common Stock | B | Dividend | L | T | | | | | |
| 2. Netflix, Inc. Common Stock | | None | K | T | Buy | 08/21/18 | L | | |
| 3. Boeing Common Stock | B | Dividend | K | T | | | | | |
| 4. Cisco Common Stock | A | Dividend | K | T | | | | | |
| 5. MetLife Common Stock | A | Dividend | J | T | | | | | |
| 6. Wells Fargo Common Stock | D | Dividend | M | T | | | | | |
| 7. Union Pacific Common Stock | A | Dividend | K | T | | | | | |
| 8. Invesco QQQ Trust, Series 1 (Comment) | A | Dividend | L | T | Buy | 03/01/18 | L | | |
| 9. Mitsui Common Stock - ADRs | B | Dividend | M | T | | | | | |
| 10. Apple, Inc. Common Stock | C | Dividend | M | T | | | | | |
| 11. MorganStanley Bank Deposits (Comment) | B | Int./Div. | M | T | | | | | |
| 12. Amazon.com, Inc. | | None | M | T | | | | | |
| 13. ExxonMobil Common Stock | C | Dividend | | | Sold | 12/20/18 | K | E | |
| 14. General Electric Common Stock | A | Dividend | | | Sold | 03/01/18 | K | E | |
| 15. American Growth Fund of America Mutual Fund | A | Dividend | K | T | | | | | |
| 16. American Capital Income Builder | A | Dividend | K | T | | | | | |
| 17. Alphabet, Inc. (Google) | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Woodcock , John A. | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Norfolk Southern Common Stock | B | Dividend | L | T | | | | | |
| 19. Pepsico Common Stock | A | Dividend | | | Sold | 09/05/18 | K | E | |
| 20. Ameritas Life Insurance Corp Flexible Universal Life (Fixed) | | None | L | T | | | | | |
| 21. Procter & Gamble Common Stock | B | Dividend | K | T | | | | | |
| 22. Bangor Savings Bank Checking Account (note) | A | Interest | K | T | | | | | |
| 23. ASA (Bermuda) STD Common Stock | A | Dividend | J | T | | | | | |
| 24. Health Care Services Group Common Stock | B | Dividend | L | T | | | | | |
| 25. SPDR S&P 500 ETF | B | Dividend | L | T | Buy (add'l) | 04/04/18 | K | | |
| 26. Stifel Bank & Trust Bond (Comment) | A | Interest | | | Buy | 09/27/18 | L | | |
| 27. CVS Caremark Corp Common Stock | A | Dividend | | | Sold | 03/01/18 | K | E | |
| 28. Stifel Bank & Trust Bond | | | | | Sold (part) | 11/28/18 | L | | |
| 29. United Technologies Common Stock | A | Dividend | K | T | | | | | |
| 30. Stifel Bank & Trust Bond | | | | | Redeemed | 12/27/18 | K | | |
| 31. | | | | | | | | | |
| 32. ClearBridge Appreciation Fund IRA | A | Dividend | L | T | | | | | |
| 33. ClearBridge Dividend Strategy Fund A | A | Dividend | K | T | | | | | |
| 34. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Woodcock , John A. | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | | | | | |
| 36. McDonalds Corp. Common Stock | C | Dividend | M | T | | | | | |
| 37. | | | | | | | | | |
| 38. Johnson & Johnson Common Stock | B | Dividend | K | T | | | | | |
| 39. Stericycle, Inc. Common Stock | | None | | | Sold | 03/01/18 | K | E | |
| 40. U.S. Bancorp Common Stock | A | Dividend | K | T | | | | | |
| 41. | | | | | | | | | |
| 42. Zimmer Holdings Common Stock | A | Dividend | K | T | | | | | |
| 43. MetLife Life Whole Life Insurance Policies | A | Dividend | K | T | | | | | |
| 44. | | | | | | | | | |
| 45. Chevron Corp. Common Stock | A | Dividend | K | T | | | | | |
| 46. Rental Property, Hancock, Maine (Comment) | | None | O | R | | | | | |
| 47. American Income Fund of America Mutual Fund | B | Dividend | K | T | | | | | |
| 48. | | | | | | | | | |
| 49. | | | | | | | | | |
| 50. Verizon Common Stock | B | Dividend | | | Sold | 08/21/18 | K | D | |
| 51. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Woodcock , John A. | 05/13/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Regarding Item 8, I purchased this security under the name, Powershares QQQ, TR. On June 4, 2018, Powershares changed its name to Invesco QQQ Trust, Series 1.

Regarding Item 11, MorganStanley Bank Deposits was the recipient of stock sales, interest and dividends during the year. The value indicated is the value at the end of the year.

Regarding Items 20 and 43, the Committee issued a letter dated August 11, 2017, asking for further information concernming item 43, the MetLife Life Insurance Policies and asking whether the policies were whole or variable life. This report confirms that each of the MetLife life insurance policies is a whole life policy. In addition, item 20 confirms that it is a life insurance policy characterized as a flexible universal life insurance policy (fixed). I have no control over the investments either MetLife or Ameritas makes under any of these policies.

Regarding Item 22, this bank account is used as a personal checking account and varies in amounts during the year based on income received. The value indicated is the value at the end of the year.

Regarding Items 26, 28 and 39, we purchased a Stifel Bank and Trust bond on September 24, 2018 for $100,000, sold $64,952.03 of the bond on November 28, 2018, and redeemed the bond for $35,000 on December 27, 2018. We received interest income for the period from September 24, 2018 through December 27, 2018, which is reported on Item 26.

Regarding Item 46, the property was purchased on June 29, 2011 for $573,000. The property was not rented in 2018.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John A. Woodcock**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544